

STEVEN BANKS
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SEAMUS O'CONNOR
Assistant Corporation Counsel
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov

May 18, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    Ahmed Abdelabki v. City of New York et al.,
       25 CV 2385 (MKB) (MHH)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and one of the attorneys representing defendants in the above-referenced matter.  I write to respectfully request that the individual officer defendant, Police Officer Carmine Malandro be excused from appearing at the virtual settlement conference scheduled for May 21, 2026.  This is Defendants' first request as to the upcoming conference.  Plaintiff's counsel takes no position to this request.

I am requesting that the defendant officer be excused from appearing at the conference because the officers do not have input into the settlement negotiations.  Our authority to explore the possibility of settlement and negotiate a settlement derives from the Office of the Corporation Counsel and the Office of the Comptroller. With respect to the Office of the Comptroller, a representative will be available by telephone should the need arise to call for additional settlement authority.

Defendants thank the Court for its time and consideration of the within request.

Respectfully submitted,

S/ *Seamus O'Connor*

Seamus O'Connor
*Assistant Corporation Counsel*

cc:    **VIA ECF**
       All counsel of record